BUCHALTER NEMER
A Professional Corporation
   Michael J. Cereseto (SBN: 56711)
   Kalley R. Aman (SBN: 217337)
1000 Wilshire Blvd., 15th Floor
Los Angeles, CA 90017-5704
Telephone No.: (213) 891-0700
Facsimile No.: (213) 896-0400
email: mcereseto@buchalter.com
       kaman@buchalter.com

Attorneys for Defendant
AMERIQUEST MORTGAGE COMPANY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAJWAST RAPHAEL and JASEN SMALL, individually and on behalf of all persons similarly situated and the general public,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>AMERIQUEST MORTGAGE COMPANY, and DOES 1 to 100,<br><br>　　　　Defendant. | Case No. SACV 05-0228-JVS (ANx)<br><br>Hon. James V. Selna<br><br>**AMENDED JUDGMENT OF CLASS ACTION SETTLEMENT AND ORDER OF DISMISSAL OF ACTION** |

Upon consideration of all supporting and opposing memoranda of points and authorities and declarations, and oral argument at the final fairness hearing held on March 31, 2008, it is hereby ADJUDGED as follows:

1. Notices of the proposed settlement and class certification were mailed to the settlement class members pursuant to the terms of the Settlement Agreement and this Court's Order of Preliminary Settlement Approval in accordance with the requirements of Federal Rule of Civil Procedure 23.

2. Notice of the Order Granting Preliminary Approval of Class Settlement and copies of the Order of Preliminary Approval and Stipulation and

Agreement to Class Action Settlement were served on counsel to Class Members in the Related Actions.

3. The Court has held a hearing to consider the fairness, reasonableness, and adequacy of the proposed settlement, and has considered, among other things, the complexity, expense, and likely duration of the litigation; the reaction of the class to the settlement; the stage of the proceedings and the amount of discovery completed; the risks of trial; the ability of the defendants to withstand a greater judgment; and the range of reasonableness of the settlement in light of the best possible recovery and the attendant risks of litigation.

4. The Court has also given significant weight to the belief of experienced counsel appointed to represent the interests of the class that the proposed settlement is in the best interest of the class.

5. The Court finds the proposed settlement is not the product of collusion between the parties or their respective counsel, but rather was the result of bona fide, good faith arm's length negotiations between experienced counsel after sufficient discovery was obtained.

6. The Court finds that the prerequisites of both Federal Rule 23(a) and 23(b)(3) have been met.

7. A review of the relevant factors supports the proposed settlement, and the same is hereby approved and found to be in all respects fair, reasonable, adequate, and in the best interest of the class as a whole, in satisfaction of the requirements of Federal Rule of Civil Procedure 23(e)(1)(C).

8. The requested payments of $5,000.00 to each of the Plaintiffs Cara Hilliard, Pajwast Raphael, Jasen Small, Anthony Scerca, James T. Hickman, Scott Sadowski, Jordan Biel, Ralph Gifoli, Hessam Zand, and Albert Aguirre and $2,500.00 to each of the participating non-Plaintiff witnesses Jammi Egle Hedquist, Michael Burgoyne, Gabriel Gifoli, Daniel Chang, Sarah Brumfield, Stephen Pope,

1  and Joseph Bement is fair and reasonable in light of their respective efforts, and are
2  hereby approved.
3      9. The Court approves the requested reimbursement of costs in the sum
4  of $37,372.63. This Court finds this sum is fair and reasonable.
5      10. The Court approves the requested attorney fee award to Class Counsel
6  in the amount of $575,000.00. The Court finds this sum is fair and reasonable in
7  light of the size of the settlement, the number of persons benefited, the absence of
8  meritorious objection, the skill and efficiency of the attorneys involved, the
9  complexity and duration of the Litigation, the risks of nonpayment, the amount of
10 time devoted to the case by Class Counsel, awards in similar cases, and the
11 reasonableness of the lodestar cross-check.
12     11. One Class Member, Lucy Tran, has opted out of the settlement. All
13 other Class Members are hereby permanently enjoined from prosecuting any claims
14 released by this Settlement.
15     12. This Action is dismissed with prejudice. The Court retains jurisdiction
16 over this Action for the sole purpose of effectuating the terms of the Settlement and
17 to enforce the injunction in the preceding paragraph.
18     IT IS SO ADJUDGED.

DATE: April 16, 2008     _____

                                        Hon. James V. Selna

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017-2457.

On the date set forth below, I served the foregoing document described as:

**[PROPOSED] AMENDED JUDGMENT OF CLASS ACTION SETTLEMENT AND ORDER OF DISMISSAL OF ACTION**

on all other parties and/or their attorney(s) of record to this action by \_\_\_\_\_ faxing and/or __x__ placing a true copy thereof in a sealed envelope as follows:

| | |
|---|---|
| Robert W. Thompson, Esq. | Reuben D. Nathan, Esq. |
| Charles Russell, Esq. | **AZIMY & NATHAN, LLP** |
| **CALLAHAN, MCCUNE & WILLIS** | 18500 Von Karman Ave., Suite 500 |
| 111 Fashion Lane | Irvine, CA 92612 |
| Tustin, CA 92780 | Co-Counsel for *Plaintiffs* |
| Counsel for *Plaintiffs* | eazimy@yahoo.com |
| robert_thompson@cmwlaw.net | |
| charles_russell@cmwlaw.net | |

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Los Angeles, California on April 3, 2008. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 3, 2008, at Los Angeles, California.

Violet Carrera                              /s/
                                      (Signature)

BN 1859650v1

PROOF OF SERVICE

**Pajwast Raphael and Jasen Small**
**Vs. Ameriquest Mortgage Company**
**Case No. SACV 05-0228**